# Order

**Michigan Supreme Court**
**Lansing, Michigan**

September 12, 2007

133763 & (42)

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

KAREN SUTTON, Next Friend of MINOR J.,
      Plaintiff-Appellant,

v

                                       SC: 133763
                                       COA: 273519
                                       Macomb CC: 2006-002342-DP

DIANE J.,
           Defendant-Appellee,

and

JOHN DOE,
           Defendant.

_____/

       The motion for immediate consideration is GRANTED. The application for leave to appeal the March 20, 2007 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the question presented should be reviewed by this Court.

       CAVANAGH and KELLY, JJ., would grant leave to appeal.



       I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

September 12, 2007                                                                           
Clerk

p0905